**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 105 WAL 2018

         Respondent            :

                                  :   Petition for Allowance of Appeal from

                                  :   the Order of the Superior Court

         v.                  :

                                  :

TIMOTHY C. SAUNDERS,         :

                                  :

         Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.